# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| RUBIN RURIE WEEKS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:17-CV-225-ACL |
| | ) |
| JASON LEWIS, et al., | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

Petitioner, a Missouri state prisoner proceeding *pro se*, brings this 28 U.S.C. § 2241 petition for writ of habeas corpus challenging, *inter alia*, a 2015 detainer entered by the State of Mississippi that may subject him to future confinement in Mississippi. Petitioner has named his present custodian as respondent, and has also named Jim Hood, the Attorney General of the State of Mississippi. *See* Rule 2(b) of the Rules Governing § 2254 Cases in the United States District Courts[1] (§ 2254 petition contesting state-court judgment that may subject petitioner to future custody must name as respondents both the officer who has current custody and the attorney general of the state where the judgment was entered).

Accordingly,

---

[1] These Rules apply to petitions filed under 28 U.S.C. § 2241. *See* Rule 1(b) of the Rules Governing § 2254 Cases in the United States District Courts.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall serve, by regular mail, a copy of the petition and the prior orders of this Court on Respondent Jim Hood, the Attorney General of Mississippi, P.O. Box 220, Jackson, Mississippi, 39205.

**IT IS FURTHER ORDERED** that Respondent is directed to respond to the petition within the time provided in the Case Management Order.

/s/ Abbie Crites-Leoni
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of February, 2018.